# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lonnie Nolen, Jr,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:11cv624

US Foodservice Inc, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

                                                Signed: July 3, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court