# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lonnie Nolen, Jr,

    Plaintiff(s),

vs.

US Foodservice Inc, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv624

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

Signed: July 3, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court